548 Pa. 23 (1997)
693 A.2d 201
Stella and Frank PEMPKOWSKI, Appellants,
v.
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.
Supreme Court of Pennsylvania.
Argued April 29, 1997.
Decided May 20, 1997.
*24 Anthony J. Baratta, Jenkintown, for Stella and Frank Pempkowski.
James T. Moughan, Philadelphia, for State Farm Mutual Automobile Insurance Co.

ORDER
PER CURIAM:
Order affirmed.
NIGRO, J., did not participate in the consideration or decision of this case.
CAPPY, J., dissents.